ALMA M. GALLAGHER, an Infant, by ALMA GALLAGHER, Her Guardian ad Litem, et al., Appellants, *v.* CITIZENS WATER WORKS OF THE TOWN OF HIGHLANDS, Respondent.

Argued January 8, 1952; decided January 24, 1952.

*Henry Hirschberg* and *Ernest M. Levinson* for appellants.
*George F. Roesch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. CONWAY and FROESSEL, JJ., dissent and vote for reversal and a new trial, with costs to abide the event upon the dissenting opinion of Mr. Justice SNEED in the court below.